

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00273-CV

**IN THE INTEREST OF M.G.C.**, a Child

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-00323
Honorable Janet P. Littlejohn, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed:  October 29, 2014

DISMISSED

Appellant's brief was originally due on July 31, 2014.  On August 11, 2014, the clerk of this court issued a notice to appellant that the brief was late and instructed appellant to either file the brief or a motion for extension of time within ten days.  Neither was filed.  Therefore, on September 17, 2014, this court ordered appellant to show cause in writing why this appeal should not be dismissed for want of prosecution.  Appellant did not respond.  Accordingly, the appeal is dismissed for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).  Costs of appeal are taxed against appellant.

PER CURIAM